**Peter O. CRUZ, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 03–3192.**

United States Court of Appeals, Federal Circuit.

DECIDED: April 29, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, (Successor to Connecticut Mutual Life Insurance Company), Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 03–5066.**

United States Court of Appeals, Federal Circuit.

DECIDED: April 29, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).